# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOHIM EPF USA, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BIRD ENTERTAINMENT GROUP, LLC, a California limited liability company d/b/a TEN RESTAURANT & LOUNGE; MYUNG HEE LEE an individual; DANJY, INC., a California Corporation d/b/a K-STAR; MIN KI PAIK, an individual; JS KOREA HOUSE, INC., a California Corporation d/b/a K-STAR; SHUNGWEUN YUN an individual; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.: 3:18-cv-06789-CRB<br><br>**[PROPOSED] ORDER RE: DISMISSAL**<br><br>Complaint Filed: November 8, 2018 |

# [~~PROPOSED~~] ORDER RE: DISMISSAL

The Court having considered the Stipulation Re: Dismissal executed between Plaintiff Elohim EPF USA, Inc. ("Plaintiff") on the one hand, and Defendants Bird Entertainment Group, LLC d/b/a Ten Restaurant & Lounge, Myung Hee Lee, Danjy, Inc. d/b/a K-Star, Min Ki Paik, JS Korea House, Inc., and Shungweun Yun (collectively, the "Defendants"), on the other hand.

IT IS HEREBY ORDERED that, the above-entitled action, including all claims and causes of action are hereby dismissed with prejudice, and each party shall bear her/his/its own attorney's fees and costs.

**IT IS SO ORDERED.**


DATED: __July 11__, 2019           _____
                                    The Honorable Charles R. Breyer
                                    UNITED STATES DISTRICT JUDGE

Presented by:

Brandon M. Tesser, Esq. (SBN 168476)
Tesser | Grossman, LLP
11990 San Vicente Blvd., Suite 300
Los Angeles, CA 90025
Telephone: (310) 207-4558
brandon@tessergrossman.com

*Attorneys for Plaintiff*
ELOHIM EPF USA, INC.

///

///

///

Domenico Scire (SBN 276910)
Law Offices of Domenico Scire
37 E. Hedding Street
San Jose, CA 9512
Telephone: (408) 295-5555
scirelaw@gmail.com

*Attorneys for Defendants*
*BIRD ENTERTAINMENT GROUP, LLC d/b/a TEN RESTAURANT & LOUNGE; MYUNG HEE LEE; DANJY, INC. d/b/a K-STAR; MIN KI PAIK; JS KOREA HOUSE, INC.; and SHUNGWEUN YUN*

**[PROPOSED] ORDER RE: DISMISSAL**